UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Jan 13, 2010**

FILED
CLERK'S OFFICE

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

(SEE ATTACHED SCHEDULE)

1-09-cv-253
SPM-AK

CONDITIONAL TRANSFER ORDER (CTO-112)

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 512 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 28, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Filed 0128'10UsDcFln1PM1138

# IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION

MDL No. 1760

## SCHEDULE CTO-112 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC 1 09-2335 | Grant Peterson v. Novartis Pharmaceuticals Corp. |
| DC 1 09-2377 | Steven Brower, et al. v.. Novartis Pharmaceuticals Corp. |
| DC 1 09-2378 | Georgia Wagner, et al. v. Novartis Pharmaceuticals Corp. |

**FLORIDA NORTHERN**

| | |
|---|---|
| FLN 1 09-253 | Jose A. Mella, et al. v. Novartis Pharmaceuticals Corp. |

**MINNESOTA**

| | |
|---|---|
| MN 0 09-3594 | Dianna Clifton, et al. v. Novartis Pharmaceuticals Corp. |
| MN 0 09-3617 | Debra Land, et al. v. Novartis Pharmaceuticals Corp. |

**NEW YORK SOUTHERN**

| | |
|---|---|
| NYS 1 09-10515 | Dean Ward v. Novartis Pharmaceuticals Corp. |
| NYS 1 09-10516 | Pauline Marie Campo v. Novartis Pharmaceuticals Corp. |
| NYS 1 09-10517 | James Givens v. Novartis Pharmaceuticals Corp. |
| NYS 1 09-10518 | Imre S. Santha v. Novartis Pharmaceuticals Corp. |
| NYS 1 09-10519 | Kathleen Schade v. Novartis Pharmaceuticals Corp. |
| NYS 1 09-10520 | Paul Stephansky v. Novartis Pharmaceuticals Corp. |
| NYS 1 09-10525 | Rosa Marie Torres v. Novartis Pharmaceuticals Corp. |
| NYS 1 09-10526 | Ruth Van Ert v. Novartis Pharmaceuticals Corp. |
| NYS 1 09-10527 | Betty Ward v. Novartis Pharmaceuticals Corp. |

# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

January 28, 2010

TO THE CLERKS OF THE FOLLOWING COURTS:

DISTRICT OF DISTRICT OF COLUMBIA
NORTHERN DISTRICT OF FLORIDA
DISTRICT OF MINNESOTA
SOUTHERN DISTRICT OF NEW YORK

Re: MDL No. 1760 -- IN RE: Aredia and Zometa Products Liability Litigation

(See Attached CTO-112)

Dear Clerks:

Attached as a PDF document is a copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 13, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing. A certified copy of this order has also been transmitted via email today to the Middle District of Tennessee.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Tarrell L. Littleton

Tarrell L. Littleton
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferor Judges: (See Attached List of Judges)

JPML Form 36B

**IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION**                                       MDL No. 1760

**INVOLVED JUDGES LIST (CTO-112)**

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. John F. Keenan
Senior U.S. District Judge
1930 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Gladys Kessler
Senior U.S. District Judge
4006 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Stephan P. Mickle
Chief Judge, U.S. District Court
367 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Richard W. Roberts
U.S. District Judge
4535 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. Emmet G. Sullivan
U.S. District Judge
4935 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2902

**AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION**

MDL No. 1760

## INVOLVED CLERKS LIST (CTO-112)

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S.
Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

William M. McCool, Clerk
243 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601-6805

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312